**RADIO CORPORATION OF AMERICA,**
Appellant,

v.

**PHILCO CORPORATION,** Appellee.

No. 13915.

United States Court of Appeals
Third Circuit.

Argued Oct. 16, 1962.

Decided Nov. 2, 1962.

Stephen H. Philbin, New York City
(Schnader, Harrison, Segal & Lewis, by
Edward W. Mullinix, Philadelphia, Pa.,
on the brief, A. Russinoff, Princeton, N.
J., of counsel), for appellant.

Thomas M. Ferrill, Jr., Philadelphia,
Pa. (Thomas M. Ferrill, Jr., Allen V.
Hazeltine, and Dexter N. Shaw, Philadel-
phia, Pa., on the brief), for appellee.

Before McLAUGHLIN, and HASTIE,
Circuit Judges, and DUMBAULD, Dis-
trict Judge.

PER CURIAM.

The Board of Patent Interferences in
an interference proceeding between ap-
pellant's Sziklai patent application and
appellee's Moore patent application de-
cided unanimously in favor of Moore on
the ground that the Sziklai application
does not support the interference count.
Judge Leahy in the district court, after
a trial de novo, affirmed that finding of
the Board.

The Board had also found that while
Moore had proven prior conception his
patent was not entitled to priority on
that ground because diligence in certain
parts of the critical period had not been
established to the satisfaction of the
Board. On the trial de novo of this
branch of the case, at which appellee
introduced additional evidence, the court
found that diligence had been established
with respect to the Moore patent through-
out the critical period.

Our independent study of the record
satisfies us that the trial judge was cor-
rect in both conclusions. His opinion
is a skilled, thorough, sound decision with
which we are in full accord. On that
opinion,[1] we affirm the judgment of the
district court.

---

1. 201 F.Supp. 135 (E.D.Pa.1961).